IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02855-MJW

RICHARD URIOSTE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on October 28, 2014, incorporated herein by reference, it is

ORDERED that the Commissioner's decision is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Richard Urioste. It is

FURTHER ORDERED that each party shall pay their own costs and attorney's fees.

DATED at Denver, Colorado this 28th day of October, 2014.

                                                  FOR THE COURT:

                                                JEFFREY P. COLWELL, CLERK

                                                s/S. Libid
                                                S. Libid, Deputy Clerk